Henry Sherman KRAUS, Petitioner,

v.

Honorable Frank A. ROPKE, Jefferson
Circuit Court, Louisville, Ken-
tucky, Respondent.

Court of Appeals of Kentucky.

Dec. 18, 1964.

Henry Sherman Kraus, pro se.

Edwin A. Schroering, Jr., Common-
wealth's Atty., Robert E. Fleming, Asst.
Commonwealth's Atty., Louisville, for re-
spondent.

CULLEN, Commissioner.

The petition of Henry Sherman
Kraus, a prisoner in the state penitentiary,
filed in this Court on November 13, 1964,
seeks a mandatory order to compel Frank
A. Ropke, a judge of the Jefferson Circuit
Court, to rule on a motion filed in that
court by Kraus under RCr 11.42. Judge
Ropke has made a response stating that on
October 15, 1964, he entered an order over-
ruling the motion. The fact that the motion
has been ruled on makes the proceeding in
this Court moot.

In recent months this Court has
been presented with an inordinate number
of cases just like this—a petition to compel
a circuit judge to rule on an RCr 11.42
motion, followed by a response stating that
the motion has been overruled. It appears
that some circuit judges are not giving no-
tice to the movants of the action taken on
their motions. In our opinion considera-
tions of fairness require that when an
RCr 11.42 motion, filed by a prisoner with-
out counsel, is ruled on by the court, the
movant be notified of the ruling by sending
him a copy of the order. Furthermore, it
will be our position that the time for ap-
pealing from such an order does not com-
mence to run until a copy of the order has
been sent to the movant.

The petition is dismissed.